```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
HARRY C. PERRY, JR.,          )
                              )
        Plaintiff,            )
                              )
            v.                )    Civil Action No. 09-1368 (RWR)
                              )
SAM SCHOLAR,                  )
                              )
        Defendant.            )
_____)
```

### ORDER

Magistrate Judge Alan Kay has notified chambers that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 9th day of September, 2010.


                               _____/s/_____
                               RICHARD W. ROBERTS
                               United States District Judge